# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Sergio Ramirez,<br><br>　　　　　Defendants. | Case No. 25CR473-WQH<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE**<br>**[Doc 18]** |

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby **ORDERED** that the Joint Motion by the Parties to Continue the Motion Hearing/Trial Setting [ECF No. 18], to allow sufficient time for new Defense Counsel to be appointed and to be allowed adequate time to prepare, be granted and the Motion Hearing/Trial Setting set for April 7, 2025 is hereby continued to May 19, 2025, at 9:00 AM. Time is excluded under the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(D) and (7)(B)(iv) for the reasons stated in the Joint Motion.

Dated: April 1, 2025

　　　　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　United States District Court